

FILED
DEC 0 6 2017

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | 17-po-5192-JTJ |
|---|---|
| Plaintiff, | VIOLATIONS: |
|  | 6027155 |
| vs. | 6027156 |
|  | 6027157 |
| SIMON HALL, | 6027158 |
|  | 6027159 |
| Defendant. | 6027160 |
|  |  |
|  | Location Code: M13 |
|  |  |
|  | ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the United States' motion to interlineate VN 6027159 (DUI) to unsafe operation of a motor vehicle in violation of 36 CFR 4.22(b)(1) is GRANTED;

IT IS FURTHER ORDERED that the defendant shall pay a fine amount of $750 and a $30 processing fee for VN 6027159, $250 and a $30 processing fee for VN 60257158 and a fine amount of $250 and a $30 processing fee for VN

6027157 for a total fine amount of $1,340. The fine will be paid in full on or before February 1, 2018. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the defendant shall not commit any new criminal offenses for the next 6 months or he may be subject to sanctions by the Court.

IT IS FURTHER ORDERED that the defendant will submit documentation of successful completion of ACT or Prime for Life, or similar alcohol education course, to the Court on or before June 6, 2018. The defendant shall mail the documentation to the Clerk of Court at the following address:

Clerk of Court
United States District Court
Missouri River Courthouse
125 Central Avenue West, Suite 110
Great Falls, MT 59404

The defendant shall pay any and all expenses incurred from completing the above referenced condition;

IT IS FURTHER ORDERED that VN 6563505, VN 6027156 and VN 6027160 are DISMISSED.

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter scheduled for December 7, 2017, is VACATED.

DATED this 6th day of December, 2017.

John Johnston
United States Magistrate Judge